


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   MAGISTRATE CASE NO. 16MJ0701
                                 )
            Plaintiff,           )   COMPLAINT FOR VIOLATION OF:
                                 )
    v.                           )   Title 18 U.S.C. 2252(a)(2) -
                                 )   Distribution of Images of Minors
JOHN JOSEPH RUFING,              )   Engaged In Sexually Explicit
                                 )   Conduct
            Defendant.           )
_____)

The undersigned Complainant, being duly sworn, states:

On or about and between May 31, 2015 to June 1, 2015, within the Southern District of California, defendant JOHN JOSEPH RUFING, did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//
//
//
//
//
//

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
DANIEL P. EVANS
Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed in my presence this /0 th day of March, 2016.

_____
THE HONORABLE DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 31, 2015, I used publicly available peer-to-peer file-sharing software to connect to a computer that was connecting to the internet from a residence in La Mesa, California. While connected to this computer, I was able to download 143 files directly from the computer. A review of the downloaded files confirmed several of the files contained suspect images of minors engaged in sexually explicit conduct, including the following:

 a. *298.jpg* – an image of a prepubescent female bending over to display her vagina and anus;

 b. *girls 0 to 5 having sex with men 1122934963924.jpg* – an image of an adult male inserting his penis into the mouth of a female toddler;

 c. *girls 0 to 5 having sex with men baby girl get lot of cum 7598756.jpg* – an image of an adult male ejaculating on a nude female toddler's vagina;

 d. *girls 0 to 5 having sex with men 12.jpg* – an image of a nude prepubescent female performing oral sex on an adult male; and

e. *girls 0 to 5 having sex with men toddler girl suck dick 678999.jpg* – an image of a nude prepubescent female performing oral sex on an adult male.

On October 3, 2015, I received a federal search warrant for the aforementioned residence in La Mesa, California.

On October 13, 2015, the search warrant was executed by members of the Internet Crimes Against Children (ICAC) task force. During the execution of the warrant and after informing him of his Miranda rights, I interviewed JOHN JOSEPH RUFING. In this interview, RUFING admitted to obtaining and distributing images of minors engaged in sexually explicit conduct from a computer in his residence via the same peer-to-peer file sharing program I used to download the images described above.

Following the execution of the search warrant, media seized from RUFING's residence was submitted to the San Diego Regional Computer Forensics Laboratory for analysis. The results showed approximately 3,000 suspect images depicting minors engaging in sexually explicit conduct on two different laptop computers seized from RUFING.

## **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.