# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 16mj701 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| John Joseph Rufing | ) | Booking No. 55809298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4-21-16__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

__✓__ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Dft to be released on Friday, April 22, 2016 by 10:00am. Please call Kim Hazard, 619-807-2648

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Received _____
　　　　　　DUSM

OR

JOHN MORRILL Clerk
by _____
　　Deputy Clerk

Crim-9 (Rev. 8-11)　　　　　　　　　R. ANDREWS GPO: 1996-783-398/40151

CLERK'S COPY