FILED
MAY 05 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY R. Maim DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSEPH RUFING,<br><br>Defendant. | Case No. 16cr961-JAH<br><br>**INFORMATION**<br><br>18 U.S.C. § 2252(a)(4)(B) – Possession of Images of Minors Engaged in Sexually Explicit Conduct |

The United States Attorney charges:

Count 1

On or about, and between, May 22, 2015 and October 13, 2015, within the Southern District of California, defendant John Joseph Rufing, did knowingly possess matters containing visual depictions that have been mailed, and have been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor or a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction(s) were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Dated: May 5, 2016

LAURA E. DUFFY
United States Attorney

RENEE GREEN
Special Assistant U.S. Attorney